# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1496
_____

United States of America

*Plaintiff - Appellee*

v.

Marco Antonio Ceja

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: November 10, 2015
Filed: November 17, 2015
[Unpublished]
_____

Before SMITH, BYE, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Marco Ceja directly appeals the sentence imposed by the district court[1] after he pleaded guilty to conspiring to distribute methamphetamine and conspiring to commit

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

money laundering. His counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence was unreasonable. We conclude that Ceja's appeal waiver should be enforced and that the waiver prevents consideration of his claim. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 889-90 (8th Cir. 2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result). Having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____